FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

May 15, 2024

Christopher M. Wolpert  
Clerk of Court

―――――――――――――――――――

FRANCISCO JAVIER  
BEDOLLA-TRUJILLO,

    Petitioner - Appellant,

v.

MERRICK B. GARLAND,  
United States Attorney General,

    Respondent - Appellee.

No. 23-9546  
(Petition for Review)

―――――――――――――――――――

### ORDER

―――――――――――――――――――

Pro se appellant Francisco Javier Bedolla-Trujillo, has filed a motion seeking permission to electronically file and receive documents via the court's Electronic Case Filing ("ECF") system. The motion is granted subject to Appellant's completion of the following steps. Until then, Appellant will continue to receive court documents and other parties' filings in hardcopy form.

**PACER and ECF Registration**

Because this court uses NextGen ECF, Appellant must register for an upgraded PACER account at https://pacer.uscourts.gov. To do so, Appellant must (1) proceed to https://pacer.uscourts.gov; (2) select Register from the menu bar located at the top of the PACER home page; and (3) click the Start button to follow the Registration Wizard through the process of creating a PACER account and registering to file in the Tenth

Circuit Court of Appeals. After completing the PACER registration process, Appellant will receive electronic notification that ECF registration is complete – only after that notification is received will Appellant be able to file electronically and receive court documents and other parties' filings via email.

### Software to View and Create PDF Documents

Appellant's computer system must use Adobe Acrobat or some other software capable of viewing and creating documents in Portable Document Form (PDF). All documents filed with this court must be in PDF format. Attachments to any motions, briefs or other documents filed in this court must also be in PDF format. Additional information about this court's electronic filing requirements can be found at: https://www.ca10.uscourts.gov/clerk/news/nextgen-information.

### Service Via Email; Updating Email Address; Spam/Junk Filters

ECF registration constitutes consent to be served electronically. Upon completing the ECF registration process, Appellant will receive pleadings from other parties and documents from the court via email. Paper copies will no longer be mailed.

Appellant must have regular access to, and routinely monitor, an email account to which documents, such as court orders and other parties' electronic filings, will be sent. Appellant is responsible for keeping the ECF system updated with a current email address at all times. Court documents will be sent only to the email address contained in the ECF system.

Court documents sent to Appellant through the ECF system will arrive at Appellant's email address as a Notice of Docket Activity ("NDA"). Appellant is

responsible for ensuring that these NDAs are not flagged as "spam" or "junk" email by any filters present on Appellant's email server.

Each NDA will contain a link to the document being sent to Appellant. The link can be opened <u>only once</u> for free. In order to avoid being charged to access the document more than once, Appellant must either print or download and save the document the first time the document is opened via the link in the NDA. After accessing the document one time via the link in the NDA, Appellant may access it again via PACER, which charges a fee (currently $0.10/page) for such access. The court will not provide additional copies of court orders and pleadings if Appellant fails to print or save the free copy available via the NDA.

### Limitations on E-Filing Pursuant to this Order

This order permits Appellant to electronically file and receive documents <u>in this appeal only</u>. If Appellant has other appeals in which s/he wishes to use the ECF system, separate motions must be filed in those appeals. Appellant must register for ECF and PACER only once, however.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk